# EXHIBIT 1

## Organizational Chart


Benjamin Landa - 48.5%
David Zahler – 41.5%
Jacob Zahler – 10%
MAPA Operating LLC
Care Pavilion Operating LLC
Cliveden Operating LLC
Maplewood Operating LLC
Milton Operating LLC
Parkhouse Operating LLC
Watsontown Operating LLC
York Operating LLC
Tucker Operating LLC


Jacob Zahler (100%)
Bedrock Care LLC