FILED
6/25/25 3:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>WITHDRAWAL OF APPEARANCE OF<br>JODI L. HAUSE<br>IN VARIOUS OPEN CASES | Miscellaneous No.: 25-209-GLT<br><br>Related Dkt. No. 2 |

## ORDER OF COURT

AND NOW, on this <u>  25th  </u> day of <u>  June  </u>, 2025, upon consideration of the Omnibus Motion to Withdraw the Appearance of Jodi L. Hause in Various Pending Cases (the "Motion") it is hereby ORDERED that the Motion is granted, and Jodi L. Hause is granted leave to withdraw her appearance as counsel of record in the list of cases attached to the Motion as Exhibit A.

BY THE COURT:

Dated: June 25, 2025

_____
GREGORY L. TADDONIO, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

# Exhibit A

# Select a Case

There were 2 matching persons.

There were 106 matching cases.

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Hause, Jodi (aty) (91 cases) | 09-24932-JAD | Cathleen James Ford | 7 | 07/02/09 | N / A | N / A |
| | 11-24117-CMB | George M. Leon | 7 | 06/29/11 | N / A | N / A |
| | 15-22330-CMB | Odyssey Contracting Corp. | 7 | 06/29/15 | N / A | N / A |
| | 16-21620-CMB | The Liquidating Estate of H&P, Inc., f/k/a Heyl & | 11 | 04/29/16 | N / A | N / A |
| | 16-23027-JAD | Paulette R. Kruel | 7 | 08/16/16 | N / A | N / A |
| | 18-21469-JAD | Fredrick Settle and Sherry A. Settle | 7 | 04/15/18 | N / A | N / A |
| | 18-21925-JAD | Century Townhomes Association | 11 | 05/10/18 | N / A | N / A |
| | 19-22715-CMB | 5171 Campbells Land Co., Inc. | 11 | 07/08/19 | N / A | N / A |
| | 19-24527-JAD | Michael K. Herron | 11 | 11/21/19 | N / A | N / A |
| | 20-21595-GLT | Majestic Hills, LLC | 11 | 05/21/20 | N / A | N / A |
| | 20-22974-CMB | Ed's Beans, Inc. | 11 | 10/19/20 | N / A | N / A |
| | 20-23160-GLT | Edward J. Carrico and Karen L. Carrico | 7 | 11/09/20 | N / A | N / A |
| | 20-23252-JAD | Deer Creek Diner, LLC | 11 | 11/18/20 | N / A | N / A |
| | 21-22261-JAD | Black & Gold Beer Warehouse, LLC | 11 | 10/15/21 | N / A | N / A |
| | 21-22384-CMB | VAL Properties, LLC | 11 | 11/03/21 | N / A | N / A |
| | 22-10258-GLT | S.A. Wagner Agency, Inc. | 11 | 06/08/22 | N / A | N / A |
| | 22-10340-GLT | Insulation Coatings & Consultants, LLC | 11 | 08/09/22 | N / A | N / A |
| | 22-10431-JAD | Duran Transfer, Inc. | 11 | 09/23/22 | N / A | N / A |
| | 22-10437-JAD | McClellan Trucking, Inc. | 11 | 09/28/22 | N / A | N / A |
| | 22-20472-CMB | Carnival Beverages, Inc. | 7 | 03/15/22 | N / A | N / A |

| Case | Debtor | Chapter | Filed | | |
|---|---|---|---|---|---|
| 22-20755-CMB | David J Patnesky | 13 | 04/22/22 | N/A | N/A |
| 22-20803-JAD | Oliver Development Corporation | 11 | 04/27/22 | N/A | N/A |
| 22-21375-GLT | RLI Solutions Company | 11 | 07/17/22 | N/A | N/A |
| 22-21432-GLT | Christopher A. Lane | 11 | 07/24/22 | N/A | N/A |
| 22-21448-GLT | Black Diamond Energy of Delaware, Inc. | 11 | 07/26/22 | N/A | N/A |
| 22-22293-CMB | Gabriel S. Fontana | 7 | 11/18/22 | N/A | N/A |
| 22-22395-CMB | First Line Tactical LLC d/b/a Steel City Ammo | 7 | 12/02/22 | N/A | N/A |
| 22-22565-CMB | The 3 Wisemen LLC | 11 | 12/30/22 | N/A | N/A |
| 22-70302-JAD | Christian D. Gohn | 11 | 09/02/22 | N/A | N/A |
| 22-70313-JAD | Gohn Enterprises, LLC | 11 | 09/02/22 | N/A | N/A |
| 22-70417-JAD | XP Transport, LLC | 7 | 12/14/22 | N/A | N/A |
| 23-20348-GLT | T Love Trucking LLC | 11 | 02/17/23 | N/A | N/A |
| 23-20824-CMB | John L Peoples | 11 | 04/17/23 | N/A | N/A |
| 23-21149-GLT | Canova Electrical Contracting, Inc. | 7 | 05/26/23 | N/A | N/A |
| 23-21298-GLT | JND Properties, LLC | 7 | 06/15/23 | N/A | N/A |
| 23-21472-GLT | Helene Semanderes | 7 | 07/06/23 | N/A | N/A |
| 23-21872-JCM | Hog Father's Old Fashioned BBQ, LLC | 7 | 09/01/23 | N/A | N/A |
| 23-21873-JCM | Hog Father's Old Fashioned BBQ of Canonsburg, | 7 | 09/01/23 | N/A | N/A |
| 23-22164-CMB | Cody W. Keenan and Sheena Lynn Keenan | 11 | 10/12/23 | N/A | N/A |
| 23-22612-JAD | Latrobe Associates, Inc. | 11 | 12/01/23 | N/A | N/A |
| 23-22653-JAD | LA Tool, Inc. | 11 | 12/10/23 | N/A | N/A |
| 23-22700-CMB | Oakmont Barbeque Company LLC | 11 | 12/18/23 | N/A | N/A |
| 23-70030-JAD | Brian John Gould | 13 | 01/27/23 | N/A | N/A |
| 23-70226-JAD | Andrew Charles Cummings | 13 | 07/13/23 | N/A | N/A |
| 24-10119-JCM | Christopher R. Ithen | 11 | 03/08/24 | N/A | N/A |
| 24-10199-JCM | Kasi Pearce | 13 | 04/14/24 | N/A | N/A |
| 24-10390-JCM | David B. DiMarco, M.D., P.C. | 7 | 07/12/24 | N/A | N/A |

| Case | Debtor | Chapter | Filed | | |
|---|---|---|---|---|---|
| 24-10535-GLT | Winston & Duke Inc. | 11 | 09/13/24 | N / A | N / A |
| 24-20404-CMB | Linda C. Parker | 11 | 02/21/24 | N / A | N / A |
| 24-20568-JAD | John D. Baacke and Lainie H. Baacke | 11 | 03/07/24 | N / A | N / A |
| 24-21018-JAD | Everest Lending Group, LLC | 11 | 04/26/24 | N / A | N / A |
| 24-21032-JAD | Athletica Training Limited Liability Company | 11 | 04/29/24 | N / A | N / A |
| 24-21033-JAD | John T. Rossmiller | 11 | 04/29/24 | N / A | N / A |
| 24-21210-GLT | TMD Holdings, LLC | 11 | 05/16/24 | N / A | N / A |
| 24-21294-CMB | Christine A. DeLucca | 7 | 05/24/24 | N / A | N / A |
| 24-21403-GLT | Jessica Thomas | 7 | 06/05/24 | N / A | N / A |
| 24-21442-JAD | Lloyd Raymond Amos, II and Teri Lee Amos | 11 | 06/10/24 | N / A | N / A |
| 24-21458-CMB | Jessica L. Drosche | 13 | 06/12/24 | N / A | N / A |
| 24-21553-JCM | Brian E. Czapor | 11 | 06/25/24 | N / A | N / A |
| 24-21982-JCM | MeSearch Media Technologies Limited | 11 | 08/13/24 | N / A | N / A |
| 24-22181-JCM | Ligonier Tavern & Table, Inc. | 7 | 08/30/24 | N / A | N / A |
| 24-22470-JCM | 375 1/2 Main St. PA, LLC | 11 | 10/07/24 | N / A | N / A |
| 24-22524-JCM | Z Brand Group Inc. | 11 | 10/14/24 | N / A | N / A |
| 24-22526-JCM | My Sisters Keeper Personal Care and Staffing, LLC | 7 | 10/14/24 | N / A | N / A |
| 24-22569-JAD | Gary D'Orso | 7 | 10/18/24 | N / A | N / A |
| 24-22826-JCM | 1221 Boyle St. PA, LLC | 11 | 11/18/24 | N / A | N / A |
| 24-22936-CMB | Alicia D Johnson | 7 | 11/26/24 | N / A | N / A |
| 24-23025-JCM | Independent Physician Services, LLC | 7 | 12/13/24 | N / A | N / A |
| 24-23028-JCM | Starks Law, PC | 11 | 12/13/24 | N / A | N / A |
| 24-23040-JCM | DNJ Blessed Enterprises, LLC | 7 | 12/16/24 | N / A | N / A |
| 24-23131-JCM | CMB Data Entry Services, LLC | 11 | 12/27/24 | N / A | N / A |
| 24-23168-JAD | Betti-jo Townsend | 7 | 12/31/24 | N / A | N / A |
| 24-70160-JAD | The Highlands Group LLC | 11 | 04/22/24 | N / A | N / A |
| 24-70216-JAD | Jason C Westover and Crystal M Westover | 13 | 05/28/24 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 24-70255-JAD | Portia May Diaz and Philip Oneil Stolitza | 11 | 06/24/24 | N / A | N / A |
| | 24-70376-JAD | Oak Leaf Lane, LP | 7 | 09/09/24 | N / A | N / A |
| | 24-70418-JAD | Pottsville Operations LLC | 11 | 10/15/24 | N / A | N / A |
| | 24-70473-JAD | Care Pavilion Operating LLC | 11 | 11/18/24 | N / A | N / A |
| | 25-20156-CMB | Loretta A. Gephart | 11 | 01/22/25 | N / A | N / A |
| | 25-20160-JCM | David G. James and Angela M. James | 11 | 01/23/25 | N / A | N / A |
| | 25-20189-JCM | Carl L. Hanford | 11 | 01/27/25 | N / A | N / A |
| | 25-20379-JCM | DON Enterprises, Inc. | 11 | 02/17/25 | N / A | N / A |
| | 25-20520-CMB | Unity Mines LLC | 11 | 03/02/25 | N / A | N / A |
| | 25-20577-JCM | ShuBrew, LLC | 11 | 03/06/25 | N / A | N / A |
| | 25-20594-JCM | Elegant Tents and Catering, Inc. | 11 | 03/09/25 | N / A | N / A |
| | 25-20975-JCM | Yohman Landscaping & Concrete LLC | 11 | 04/16/25 | N / A | N / A |
| | 25-21008-JCM | Technomech of Maryland, Inc. | 11 | 04/21/25 | N / A | N / A |
| | 25-21429-CMB | Ferrell Holdings, LLC | 11 | 05/30/25 | N / A | N / A |
| | 25-21454-JCM | Jeffery Scott Lizik and Rachel Lynn Lizik | 11 | 06/02/25 | N / A | N / A |
| | 25-70001-JAD | Wilson Creek Energy, LLC | 11 | 01/06/25 | N / A | N / A |
| | 25-70092-JAD | Julz Development Group LLC | 11 | 03/13/25 | N / A | N / A |
| Hause, Jodi L. (aty) (15 cases) | 11-21151-JAD | Robert Wayne Altieri and Diana Lynn Altieri | 7 | 03/02/11 | N / A | N / A |
| | 13-70334-JAD | BG Petroleum, LLC | 7 | 05/03/13 | N / A | N / A |
| | 18-10677-JCM | Peter Tran and Quyen Le | 13 | 07/02/18 | N / A | N / A |
| | 18-21539-GLT | Bruce S. Lowther, Jr. and Apryl L. Lowther | 13 | 04/19/18 | N / A | N / A |
| | 19-10592-JCM | Robert C. Schonthaler, I | 13 | 06/11/19 | N / A | N / A |
| | 19-10767-JCM | Benjamin L. Morton | 13 | 07/29/19 | N / A | N / A |
| | 19-20959-GLT | Glen H. Green and Esther L. Green | 13 | 03/12/19 | N / A | N / A |
| | 19-21472-JCM | April Lynn DeVore | 13 | 04/10/19 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 19-23896-JAD | Dennis W. Savinda | 13 | 10/04/19 | N / A | N / A |
| 19-24527-JAD | Michael K. Herron | 11 | 11/21/19 | N / A | N / A |
| 20-20409-CMB | Kayce L. Monteleone and Joleen M. Monteleone | 13 | 02/03/20 | N / A | N / A |
| 20-20443-JAD | Shawn M. Santore | 13 | 02/05/20 | N / A | N / A |
| 20-20688-CMB | John E Varholla | 13 | 02/27/20 | N / A | N / A |
| 20-21047-GLT | Jordan R. Clark | 13 | 03/19/20 | N / A | N / A |
| 20-70109-JAD | Michael S. Hanes and Kristen L Hanes | 13 | 02/28/20 | N / A | N / A |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/23/2025 15:39:43 | | | |
| **PACER Login:** | jodihause | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | LName: Hause FName: Jodi Open Cases: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |